IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TYRONE MARSHALL BENNETT,** | § | |
| **#16014805,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:18-CV-3051-L** |
| | § | |
| **LURLENE WALLS,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

On November 19, 2018, the Findings, Conclusions and Recommendation of the United States

Magistrate Judge ("Report") (Doc. 9) were entered in this case, recommending that Plaintiff's

Motion for Preliminary Injunction and Protective Order (Doc. 7) be denied. No objections to the

Report were filed.

After considering the motion, file, record in this case, and Report, the court determines that

the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the

court. Accordingly, the court **denies** Plaintiff's Motion for Preliminary Injunction and Protective

Order (Doc. 7).

The court prospectively **certifies** that any appeal of this action would not be taken in good

faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court

**incorporates** by reference the Report and Supplemental Report. *See Baugh v. Taylor*, 117 F.3d 197,

202 and n.21 (5th Cir. 1997). The court **concludes** that any appeal of this action would present no

legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220

(5th Cir. 1983). In the event of an appeal, Plaintiff may challenge this certification by filing a

separate motion to proceed *in forma pauperis* on appeal with the clerk of the United States Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

**It is so ordered** this 14th day of January, 2019.

Sam A. Lindsay
United States District Judge